UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALIBU MEDIA, LLC
Plaintiff,

v.   Case No. 8:13-cv-01582-MSS-MAP

John Doe aka IP 173.65.134.40,
Defendant.

**NOTICE OF APPEARANCE**

COMES NOW Bradford A. Patrick, Esq., on behalf of JOHN DOE, Defendant, in the above-styled cause of action, and requests that copies of all pleadings, notices, motions, orders, correspondence, discovery, and other papers filed in this cause exclusive of original service be served upon the Law Offices of Bradford A. Patrick, Esq., 3001 North Rocky Point Drive East, Suite 200, Tampa, Florida, 33607, or if via electronic filing, to bap@baplegal.com.

DATED this 8th day of September, 2014.

　　　　　　　　　　　　　　　　　　/s/ Bradford A. Patrick_____
　　　　　　　　　　　　　　　　　　Bradford A. Patrick, Esq.
　　　　　　　　　　　　　　　　　　LAW OFFICE OF BRADFORD A. PATRICK, PA
　　　　　　　　　　　　　　　　　　Attorney for JOHN DOE
　　　　　　　　　　　　　　　　　　Florida Bar No.: 0529850
　　　　　　　　　　　　　　　　　　3001 North Rocky Point Drive East, Ste 200
　　　　　　　　　　　　　　　　　　Tampa, FL 33607
　　　　　　　　　　　　　　　　　　bap@baplegal.com

## CERTIFICATE OF SERVICE

I certify that on February 5, 2014, I electronically filed the foregoing with the Clerk of the Court by using the *CM/ECF* system for the Service List below and by US Mail otherwise.

/s/  BRADFORD A. PATRICK

## SERVICE LIST

VIA ECF:

**M. Keith Lipscomb**
Lipscomb, Eisenberg & Baker, PL
Penthouse 3800
2 South Biscayne Blvd.
Miami, FL 33131
786/431-2228
Fax: 786/431-2229
Email: klipscomb@lebfirm.com