UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                            Case No: 8:14-cv-1582-T-35MAP

WILLIAM LONG, subscriber assigned IP
address 173.65.134.40,

    Defendant.

---

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Motion to Strike Affirmative Defenses (Dkt. 14) filed by Plaintiff, Malibu Media, LLC. The Court finds that the Motion is not in compliance with this Court's Local Rules. Specifically, Local Rule 3.01(g) requires that each motion filed with the Court contain a certificate indicating that counsel has conferred with opposing counsel prior to the filing of the motion in a good faith effort to resolve the issues raised by the motion. Moreover, the rule expressly states:

> A certification to the effect that opposing counsel was unavailable for a conference before filing a motion is insufficient to satisfy the parties' obligation to confer. The moving party retains the duty to contact opposing counsel expeditiously after filing and to supplement the motion promptly with a statement certifying whether or to what extent the parties have resolved the issue(s) presented in the motion.

M.D. Fla. Local Rule 3.01(g).

Plaintiff's 3.01(g) certification here states that Plaintiff's counsel emailed and called defense counsel on the afternoon that the motion was filed but was unable to confer with

defense counsel prior to filing the motion.  (Dkt. 14 at 14)   This effort was insufficient under the rules.   Moreover, Plaintiff has failed subsequently to supplement the 3.01(g) certification, in accordance with the rule.   For his part, defense counsel has done nothing, which, likewise, is unacceptable.

Accordingly, it is hereby **ORDERED** that:

1. Plaintiff's Motion (Dkt. 14) is **STRICKEN**; and
2. Plaintiff may re-file the motion in compliance with the Local Rules after conferring with opposing counsel to determine whether there is any objection to the proposed relief.
3. Defense counsel shall make himself available for a conference as required.

**DONE** and **ORDERED** in Tampa, Florida, this13th day of January, 2015.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person